## STATE OF CONNECTICUT *v.* STEPHEN SPIEGELMANN

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 441 (AC 22726), is denied.

*David T. Grudberg,* in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided April 7, 2004

## STATE OF CONNECTICUT *v.* TIMOTHY ROBINSON

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 26 (AC 23177), is denied.

*Michael Stone,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided April 7, 2004

## STATE OF CONNECTICUT *v.* ROBERT VALLE

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 525 (AC 23348), is denied.

*Donald D. Dakers,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* assistant state's attorney, in opposition.

Decided April 7, 2004